JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES DOE,<br><br>    Plaintiff,<br><br>v.<br><br>USCIS, ET AL.,<br><br>    Defendants. | No. 8:23-cv-00456-DOC-JDE<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [9]**<br><br>Honorable David O. Carter<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

    IT IS HEREBY ORDERED that the instant action shall be stayed until February 3, 2024.

Dated: May 3, 2023

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE